UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| XIAOYE BAI,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM GITTERE, et al.,<br><br>　　　　　　　Defendants. | Case No.  2:22-cv-02165-CDS-VCF<br><br>ORDER |

　　　Due to the scheduling of the inmate early mediation ("IEM") conference, the Court extends the stay until September 27, 2023.  The status report is also due on that date. During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

　　　For the foregoing reasons, it is ordered that the stay is extended September 27, 2023.  The Office of the Attorney General will file the report form regarding the results of the stay by that date.

　　　DATED THIS  27th day of June 2023.

_____
UNITED STATES MAGISTRATE JUDGE